IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NANCY D. ECKERT | ) |
| | ) |
| v. | ) NO. 3:03-0523 |
| | ) JUDGE CAMPBELL |
| JILLIAN'S OF NASHVILLE, TN, | ) |
| et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 48) and Plaintiff's Objections thereto (Docket No. 50). The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 32) is GRANTED, and this action is dismissed. The pretrial conference set for November 13, 2006, and the trial set for November 14, 2006, are canceled.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE